IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. SAG-23-00123 |
| | * | |
| CHARLES AUSTIN JENKINS & ROBERT JUSTIN KROP | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

On this 18th day of July, 2023, this Court held a motions hearing in the above-captioned case. For the reasons stated during that hearing, it is ORDERED that:

(1) Defendant Krop's Omnibus Motion, ECF 29, is DENIED IN PART and DEFERRED IN PART. Consideration of the Motion is deferred as to Issue XVIII to the extent that it seeks to sever the trial of the two defendants. The remaining outstanding issues set forth in the Motion, Issues VII, XIV, and XV, are DENIED.

(2) Defendant Jenkins' Motion to Sever, ECF 18, is DEFERRED; and

(3) The parties shall submit supplemental briefing regarding the issues raised during the hearing pursuant to *Bruton v. United States*, 391 U.S. 123 (1968), and whether such issues warrant severance. The Government shall submit its supplemental briefing as part of its response to Defendant Jenkins' Motion to Dismiss, ECF 31, which is due August 1, 2023. Defendants, in turn, shall submit their responses to the Government's briefing on the *Bruton* issue by no later than August 15, 2023.

/s/
Stephanie A. Gallagher
United States District Judge