**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**
MDD_SAGchambers@mdd.uscourts.gov

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**

January 25, 2024

LETTER TO COUNSEL

   Re:   U.S.A. v. Robert Krop
           Criminal Case No. SAG-23-0123

Dear Counsel:

     This is to confirm that Defendant Krop's 8-day jury trial currently scheduled to commence on December 9, 2024, has been RESCHEDULED to **October 15, 2024**, at **9:30 a.m.** The trial shall be continuous including Friday. The November 25th Pretrial Conference has been rescheduled to **September 30, 2024 at 9:00 a.m.** Joint voir dire, a proposed verdict sheet, and the government's jury instructions (with a copy e-mailed to MDD_SAGchambers@mdd.uscourts.gov) and any motions in limine are due **August 5, 2024**.

     Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                          Sincerely yours,

                                          /s/

                                          Stephanie A. Gallagher
                                          United States District Judge